UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CESAR SANCHEZ and NORMA DELGADO-CALZADA,

    Plaintiff,

vs.

MARTINI'S TACO'S, INC., DBA TACO JALISCO and MARTIN VASQUEZ MARQUES Individually,

    Defendant.
_____/

CASE NO.:

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, CESAR SANCHEZ and NORMA DELGADO-CALZADA (collectively "Plaintiffs"), by and through the undersigned attorney, sues the Defendant, MARTINI'S TACO'S, INC., TACO JALISCO, a Florida Corporation, and MARTIN VAZQUEZ MARQUES, Individually ("VAZQUEZ") ("Defendants") (collectively referred to as "Parties") and alleges:

1. Plaintiffs were employees of Defendant and they bring this action for unpaid overtime compensation, liquidated damages, and all other applicable relief pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

**GENERAL ALLEGATION**

2. Plaintiff, Sanchez worked for Defendant from approximately March 2019 to August 2020.

3. Plaintiff, Delgado-Calzada worked for Defendant from approximately 2016 to October 2021.

4. At all times, Plaintiffs were paid by the hour by Defendant.

5. Defendant, MARTINI'S TACO, INC., d/b/a TACO JALISCO operates as a restaurant with locations in Sarasota, FL.

6. Defendants are in the business of providing food for the general public.

7. Defendant's headquarters and principal place of business is in Sarasota, Florida which is in Sarasota County, Florida and within the jurisdiction of this Court.

8. At all times relevant to this action, VAZQUEZ was an individual resident of the State of Florida, who owned and/or operated TACO JALISCO, and who regularly exercised the authority to: (a) hire and fire employees of TACO JALISOC; (b) determine the work and pay schedules for the employees of TACO JALISCO; (c) control the finances and operations of TACO JALISCO; and (d) was responsible for the overall business operations of TACO JALISCO.

9. This action is brought under the FLSA to recover from Defendant unpaid overtime compensation, liquidated damages, and reasonable attorneys'

fees and costs.

10. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA.

11. During Plaintiffs employment with Defendant, Defendant earned more than $500,000.00 per year in gross sales.

12. Plaintiffs were individually engaged in interstate commerce during their employment with Defendants as a result of their routine and daily use of credit card machines that transmitted communications across state lines and as a result of their routine and regular handling of goods, materials and supplies which had travelled in interstate commerce.

## **FLSA VIOLATIONS**

13. At all times relevant to this action, Defendant has failed to comply with the FLSA by failing to pay Plaintiffs complete overtime compensation.

14. During Plaintiffs employment with Defendant, Plaintiffs were paid their regular hourly rate for all overtime hours worked.

15. Throughout the duration of their employment, Plaintiffs were non-exempt hourly paid employees.

16. During Plaintiffs employment with Defendant, Plaintiffs regularly worked over forty (40) hours a week.

17. Plaintiffs were not properly compensated for all of the hours that they

worked, in most, if not all, work weeks.

18. Plaintiffs were never compensated at the rate of one and one-half times their regular rate for those that Plaintiff worked in excess of forty (40) hours per week, as required by the FLSA.

19. Defendant has violated the FLSA due to its above described pay practices in failing to pay Sanchez and Delgado time and one-half of their hourly rate for overtime hours worked.

20. Defendants have violated 29 U.S.C. §§ 206 and 207 in that:

   a. Plaintiff worked in excess of forty (40) hours per week throughout the relevant time period;

   b. No payments, or provisions for payment, have been made by Defendants to properly compensate Plaintiff at one and one-half times Plaintiff's regular rate for those hours that he worked in excess of forty (40) hours per work week as provided by the FLSA;

   c. Defendants failed to pay Plaintiff an amount equal to, or greater than, the applicable minimum wage in one or more workweeks;

   d. Defendants' failure and/or refusal to properly compensate Plaintiff at the rates and amounts required by the FLSA was willful.

21. Upon information and belief, the records, to the extent any exist and

are accurate, concerning the number of hours worked and amounts paid to Plaintiffs is in the possession and custody of Defendant.

### COUNT I – RECOVERY OF OVERTIME WAGES

22. Plaintiffs reincorporate and readopt all allegations contained in paragraphs (1) through (21) above.

23. Plaintiffs were entitled to be paid overtime compensation for overtime hours worked.

24. During their employment with Defendant, Both Sanchez and Delgado worked overtime hours but were only paid their regular hourly rate instead of time and one-half her hourly rate for those overtime hours worked.

25. Defendant did not have a good faith basis for their decision to not pay Plaintiffs complete and proper overtime compensation for overtime hours worked.

26. Because of Defendant's intentional, willful, and unlawful acts in refusing to pay Plaintiffs proper compensation, Plaintiffs have suffered damages plus incurring reasonable attorneys' fees and costs.

27. Because of Defendant's willful violation of the FLSA, Plaintiffs are entitled to liquidated damages.

28. Plaintiffs demand a trial by jury.

WHEREFORE, Plaintiffs, CESAR SANCHEZ and NORMA DELGADO-CALZADA, demands judgment against Defendant for unpaid overtime wages, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

Dated this 2nd day of August, 2022.

/s/ Pausha Taghdiri
Pausha Taghdiri, Esq.
Florida Bar No. 1002857
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Orlando, FL 32802-4979
T: (689) 219-2027
F: (689) 219-2127
E: ptaghdiri@forthepeople.com
C. Ryan Morgan, Esq.
Florida Bar No. 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Orlando, FL 32802-4979
T: (407) 420-1414
F: (407) 245-3401
E: RMorgan@forthepeople.com
*Attorneys for Plaintiff*